# UNITED STATES DISTRICT COURT

RH          for the

~~Western~~ District of North Carolina
Middle

~~Charlotte~~ Division
Greensboro  RH

Case No.

_(to be filled in by the Clerk's Office)_

Ronald Hugh Hutton

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

23 CV 414

U. S. Department of Veterans Affairs et. a.l.

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT AND REQUEST FOR INJUNCTION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Ron Hutton |
| Street Address | 302 N Logan St |
| City and County | Burlington, Alamance |
| State and Zip Code | NC 27217 |
| Telephone Number | 336 609-783-5896 |
| E-mail Address | |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U. S. Department of Veterans Affairs |
| Job or Title *(if known)* | |
| Street Address | 810 Vermont Ave NW |
| City and County | Washington, D. C. |
| State and Zip Code | NC  28206 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Former landlords and their business affiliates (see attached) |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | WRAL News Station personnel |
| Job or Title *(if known)* | |
| Street Address | 2619 Western Blvd. |
| City and County | Raleigh, Wake |
| State and Zip Code | NC  27606 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

# Addresses

The addresses of the presumed conspirators are listed below*:

<u>Former Landlords</u>

Alli Larsen

% Drew Larsen
19 Somerset Ct. 23188
Williamsburg, VA 23188

Drew Larsen

19 Somerset Ct.
Williamsburg, VA 23188

Cynthia Ferrell

% Will Ferrell
8901 Brieryle Rd
Henrico, VA  23229

Betsy Orr

c/o Bill Orr
3025Miltton Village Ln
Charlottesville, VA 22902

Elisheva Hohtun

c/o Bill Orr
3025 Milton Village Ln
Charlottesville, VA 22902

Catherine Orr <u>married name?</u>_____ c/o Bill Orr,

201 Oak Ave
Carrboro, NC  27510

Will Ferrell

8901  Brieryle Rd
Henrico, VA  23229

Bill Orr

3025 Milton Village Ln
Charlottesville, VA  22902

<u>News Station</u>

WRAL News personnel

2619 Western Blvd
Raleigh, NC 27606

<u>Business Affiliates of the Former Landlords</u>

Kent Berry

1703 Ferrell Rd
Chapel Hill, NC  27516

Jerry Bowen

3507 Keats Pl
Raleigh, NC  27609

Genie Winn

407 Overland Dr
Chapel Hill, NC  27516

I ask that the court please look up the addresses of additional business affiliates Evan in Dallas, David Finn, Amanda Cogswell _____(married name, if married) in Burlington, NC, and Penny Stritter _____ (married name, if married) in Charlotte, NC, the latter three being from Chapel Hill, NC

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U. S. C. 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

   b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Various cities in North Carolina and Georgia.

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur?

I request please that an injunction be enacted on the former landlords, the former landlords' business affiliates, and personnel at WRAL News Station. If an injunction altogether is not possible, then I ask that the former landlords and their business affiliates be prevented from seeing me and hearing me by way of the WRAL cameras in WRAL's speculated follow up investigations. Preferably though in regards to WRAL, I ask that WRAL News station not be permitted to film me and investigate me from afar, if they have been doing so since I moved out of Raleigh, NC. I ask that the surmised relayed infer insults though local people be considered as harassment.

If there is ever an investigation conducted on me by any news station in the future in connection with a proceeding that I file, I ask that the aforementioned presumed conspirators please not be permitted to see me nor hear me by way of investigative cameras. In addition, I request please that any single woman my age who is mutually romantically interested on me, please be forbidden from seeing me and hearing me by way of investigative cameras, so that she and I will not become mutually emotionally romantically attached to each other. I can tell sometimes it seems, if a woman as such is watching film footage of me from an investigation, such as WRAL's presumed investigation of me. Comments were typed by a lady I know as a platonic acquaintance whom I routinely saw on Facebook. The acquaintance is friends with a woman who most likely was mutually romantically interested in me at the time, early in the 2009 - 2019 decade. The comments of the platonic lady I knew, sounded like they alluded to the likelihood that the mutual acquaintance was watching me by way of the WRAL film footage. I got my hopes up, but they eventually were dashed, because the woman continued to stay backed off from me, despite supposedly watching me on film, and she eventually obviously moved on. The same predicament happened supposedly, with a different potential romance whom I got my hopes up about, whom I had gone out with a time or two, in a different time frame of the 2009 - 2019 decade.

Furthermore, I ask that the former landlords, the former landlords' business affiliates, and the WRAL News Station personnel please be asked the questions that I have included on the attached sheets entitled, "Polygraph Questions" while being subjected to a polygraph.

Lastly I ask that the U. S. Department of Veterans Affairs please remove the classificaion label, as described in the opening paragraph of the attached, "III. Statement of Claim, Section C", from my profile as a citizen.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/18/2023

Signature of Plaintiff

Printed Name of Plaintiff

2010 through 2023 and continuing

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

see attached entitled "III. Statement of Claim, section C"

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Potential failure in career due to continuous speculated thwarting of job opportunities behind my back, by the former landlords, for about 10 years so far.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## III. Statement of Claim, Section C

May 18 2023

John S. Brubaker, Clerk of Court
US District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

Dear Clerk of Court John S. Brubaker:

I would like to file a lawsuit against the U. S. Department of Veterans Affairs. Back in 1988, the U. S. Department of Veterans Affairs classified me as a mentally disabled veteran. This classification was sort of like a "label". Yet this 'label' might not be applicable anymore. However the DD 214 states that the service separation reason was a physical disability, and I am glad that it did, from the angle of hiring managers who request a military veteran applicant's DD214.

I feel that I have worked through a lot of the problems within myself, which caused me to have various impulses, and consequently led me to be classified with this "label" back in 1988. This has been achieved by me reframing my thoughts, so that I no longer have impulses as such.

Some of the following text is surmised to be true, but some text is not true at all. I have changed some of the names of the people, places, and things, since an analogical conveyance of these ideas is probably better comprehended by a reader.

I have learned that problems that a person has, are not necessarily going to plague the person indefinitely. Some people grow out of problems, some people work through problems, or a combination of both. However, tarnishment of the person's reputation can make any improvement that the person has made, into a waste of bettering his or herself. This is despite me attaining an Associates Degree in Biotechnology, and another Associates Degree in Veterinary Technology.

If my problems have subsided since way back in the late 1980's, my capacity to concentrate continues to not be optimal in the present day. I probably have some deficit in my attention to begin with, due to pro-longed use of cocaine, although I have never been diagnosed with attention deficit, that I recall. But in recent years my capacity to concentrate appears to have been exacerbated. I suppose that it is more accurately described as aggravated though, as opposed to my thought processes having deteriorated. This is because there are probably some external aggravators. My impression is that response to external stimuli is different from response to internal physiological changes.

These presumed aggravators are some conspirators, supposedly, and they cause me an extreme amount of worrying. These presumed conspirators are all much more capable and reputable than I am, so it is very unfair. Especially since the presumed conspirators eventually conjoined with some news station personnel, I speculate. The problem with the presumed conspirators, who comprise of some landlords I used to rent from, the landlords' business affiliates, and some news station personnel, doing what they are doing behind my back to make me look bad, is that they should not be doing this in the first place. All 3 groups of surmised conspirators are presumably trying to gain something that they want: 1) A restored property penalty for the former landlords and the former landlords' business affiliates, which would lead to them being reimbursed $100,000; and 2) A lesser degree of debasing of the reputation of a news station by a presumed blemish.

I used to rent an apartment unit in a rental house of very cheap rent, from some landlords in Mebane, NC. These landlords had talked to me while I was at work in Mebane. They told me that they were looking for a renter(s) who planned to stay in Mebane for the rest of their life.

I told the prospective landlords that I planned to live in Mebane for the rest of my life. Mebane was within a reasonable commute to job opportunities and where some friends of mine at the time resided, in Burlington. There were job opportunities in the other direction as well, including Research Triangle Park (RTP). Currently in 2023 I have a traveling sales job.

The apartment unit that the landlords had for rent was only $25.00 a month, included utilities and the renters' insurance that the landlords had a policy with. The landlords required that a renter of this particular unit help with cleaning the other occasionally vacated units in the apartment house, as well as the frequently vacated units in the apartment complex next door to the apartment house. They required that the renter do grounds keeping as well. It sounded like an excellent deal. Therefore I decided to move in, and did so in late 2002. It was just a verbal contract though, with no lease that I recall, since all I did was tell the landlords that I planned to live in Mebane for the rest of my life. I don't recall telling them that I planned to live in that particular apartment unit for the rest of my life. I just said Mebane. The landlords recommended Quote Wizard Renter's Insurance, so I signed up for it. Eventually 2 other men moved into the apartment house on the first floor, but they were paying $450.00 a month.

There were many tenants between the apartment house and the complex next door, so the landlords could not remember everyone's name. I lived in the only unit that was upstairs in the rental house, so the landlords referred to me as "the loft one". I would sometimes overhear them ask amongst themselves, "Which tenant are you talking about?" and another would answer, "The loft one". It was almost like I belonged to them, since I rented from them for so long, and they came up with a nickname for me, even though I did not talk to them much.

I was so busy with cleaning and groundskeeping that I could only muster to work about 20 to 25 hours a week at two different stores, being employed at each store in a different time frame while I lived in that apartment unit. The inexpensive rent was convenient for me at the time. Please remember "at the time".

However in late 2009, I discovered that Smart Financial Renter's Insurance has broader coverage than Quote Wizard. So I renounced the benefits from Quote Wizard, and changed to Smart Financial Co.. I started paying the premiums by draft of my work paycheck.

Shortly after I changed renters insurance, I was driving home from work one day. I saw some people walking around with the landlords, right beside the apartment unit I lived in. I wondered if they were contractors for a broken appliance, but they were wearing shirts and ties. When I arrived the landlords introduced me to them and told me that they were financial advisors. Some of their names I recall, were Genie Winn, Kent Berry, Evan (don't know remember last name), and Jerry Bowen. Each of them gave me their card, and told me that Quote Wizard is a reliable renter's insurance and can save me money. I eventually lost their cards but I remember their names.

I was not satisfied with only working 20 to 25 hours a week. I needed to work full time so I'd be prepared to work in one of my career fields. Upon speculation that I'd have more job opportunities if I moved closer to RTP, I finally decided to move out in the late summer of 2010. I did so in the mid autumn. So the duration of my residence there was from 2002 to 2010.

I had not seen any of the landlords' vehicles while I was moving out. A fuel station attendant in Mebane told me that all of the landlords had moved away, most of them over a 100 miles away. The fuel station

2

The fuel station attendant told me that she had an inside scoop, and informed me that because I had changed renters' insurance and moved out, that I had instigated a penalty in these landlords' property. She said that they had expected me to stay there indefinitely since I told them I planned to, when I moved in 8 years ago. The fuel station attendant said that the landlords lost about $100,000 from the penalty I caused, and continued saying that the only way that those landlords can get all that money back, is if the penalty is restored. And she said that the only way to get the penalty restored, is if I move back into that very same unit in the apartment house, and I change renters insurance back to Quote Wizard. The fuel station said that the landlords must have lost that much money from a virtual currency investment. I did not know what that meant.

The fuel station attendant said that just before I moved in, in 2002, the landlords had paid for that apartment house in full, in one transaction. So the landlords must have been the sole owners of the apartment house, and owed no money on it.

The fuel station attendant also said that just before I moved in, that the landlords had consulted with some financial advisors about how to set up the property agreement of the unit that I was about to move into. The financial advisors realized that it would be advantageous to themselves to become business affiliates with the landlords on this particular apartment unit contract, and to enter into and invest money into the contract. The landlords complied.

The day after the attendant imparted these occurrences that I had not been aware of, I concluded that those financial advisors whom I saw walking around the apartment unit a few months before I moved out, must be the financial advisors whom the fuel station attendant was referring to.

I was not sure what the fuel station attendant meant by 'entered into the property agreement' though, since it was just a verbal contract between the former landlords and myself, as far as I recalled. There must have been something more to that virtual currency investment that they made, that was beyond me.

The, now former, landlords kept all this from me for the most part. I certainly would have comprehended it if they had told me from the gitgo that if I ever decided to change renter's insurance and move out, that it would cause a penalty in their property, and they would lose $100,000. Especially if the former landlords had warned me that they would publicly slander my reputation and thereby thwart job opportunities that I apply to in the future. Around the time that I moved in, in 2003, if I recall correctly, I made an A in a course that I was taking at the time. Thus I'd be sure that I would have comprehended the contingencies of the rental contract, if they had communicated them to me when I moved in.

I pondered if the former landlords had been making money off of me as a tenant somehow. I had briefly wondered that before. There were two occasions I recall where there appeared to be a vague disclosure of this. The first time was when one of the former landlords, who is a Scotch Anglo Saxon woman, was the landlord at the office window that day. This former landlord's Scotch Anglo Saxon name is Elisheva Orre Hohtun, and she is former landlord Bill Orr's sister. I was paying rent, and I told Elisheva that I was glad that they had such economical rent. I continued saying that they must be gaining a financial advantage somehow, since receiving such inexpensive rent does not seem like they could make a profit. The former landlord smiled, and nodded her head. I did not ask Elisheva any further questions, but I probably should have. The other time I recall was one day when I was paying the rent, and the same former landlord said something about that if I were to lose renters' insurance, that all the former landlords would be in a catastrophic bind. However I did not know what she meant by "lose renters' insurance." Again I probably should have asked for elaboration, but I didn't. Yet these two scenarios transpired long after I moved in, if I recall correctly.

3

Thus I was not informed by any of the former landlords of any contingent stipulations of me changing renters' insurance and moving out, at the time that I moved in. In regards to conversations about money transactions as pertained to the unit that I lived in, after I had lived there a couple of years, there may have been a comment made by the former landlord named Elisheeva, in regards to them taking out a loan from a credit union or pawn shop before I moved in. Although I do not remember when that comment was made during my residence period there. I doubt that the mentioning of the loan was just before I moved in in 2002, but I could be wrong. Nor did these previous landlords tell me just before I moved in, that they had joined with some financial advisors as business affiliates, and that these advisors had invested money into the property agreement.

Specifically I do not recall the name of one of their business affiliates, financial advisor Jerry Bowen, being mentioned at all during the 8 years' that I lived in that unit in Mebane, in the context of Mr. Bowen facilitating a pawn shop loan or any other type of loan. This includes comments that the former landlords said to me and that I overheard at the rental office window. Nor did I hear Mr. Bowen's name mentioned in that context, during the holiday meals that the landlords provided the tenants. I never heard Mr. Bowen's name mentioned in that context, at times when the former landlords had lot realty (not house realty) consultations at the rental office, either. I am not sure if I ever heard Mr. Bowen's name mentioned in any context, at any time, while I was living there. But I could be wrong about that. In thinking back I possibly heard that name mentioned one time when the former landlords had a consultation with a lot realtor in the rental office, discussing a piece of land for sale in the woods behind the house. The lot realtor took a break and said she was having trouble learning the Urdu language for a new mobile home park with all Pakistanian tenants, none of whom know any English. Elisheva probably said something like "I know of a Mr. Bowen who speaks English and Urdu, if I'm not mistaken. I can give you his card and maybe he can help you learn Urdu", or similar brief comment. I was just overhearing though, and did not know who Elisheva was referring to, and I did not assume any connections between Mr. Bowen and the rental agreement for the apartment unit that I was renting at the time. Again I just met the man a month or two before I moved out. If Mr. Bowen's name was mentioned at any other times that I overheard in the rental office, it was probably a very rare occasion and again a brief comment about tall people or something. I recall the man being very tall that time I saw him before I moved out. I'd be sure that I would remember that name being mentioned more often, if it had been, since it sounds like the actress Julie Bowen.

Something else I noticed sometimes was that the former landlord Elisheva would occasionally have an expression on her face that appeared to indicate that she was keeping a secret from me. Some of the other former landlords looked the same way at times, but only on rare occasions. Mrs. Hohtun had an occasional but persistent cough as well. Her cough had kind of a nervous characteristic to it, as if she felt guilty about something. I did not notice a cough, and specifically not a cough sounding like that, when Elisheva and the other former landlords asked me at my workplace in 2002, if I would consider renting this apartment.

These former landlords made a mistake of colossal proportions, in how they set up the agreement for that apartment unit I rented from them. Their main mistake was not explaining the contract to me in detail, before I moved in. Their decision to set it up that way, was probably based on greed, and in that they had tunnel vision. They need to follow through with the obvious solution. That is, for the former landlords to own up to their mistake. Then the unemployed former landlord named Cynthia Ferrell who is not yet of retirement age, needs to find employment. And maybe Betsy Orr who is of retirement age, but was not at the time I moved out in 2010, can find work at a florist or similar establishment. Otherwise they could start a fundraiser. But they don't want to follow through with either of those options.

4

To describe the former landlords' presumed strategy, it appears that the former landlords are trying to get me to move back into the apartment unit they own in Mebane, starting by hacking my computer, and finding out where I move to with my traveling sales job. Then they hack and track what jobs I apply to, in my efforts to land a 2nd job. Next, the former landlords speculatively contact the hiring managers of some of the jobs I applied to, and communicate to the hiring manager in a derogatory context about me. Otherwise the former landlords are probably aware that if they tarnish my reputation with so many local citizens, that hiring managers will eventually most likely hear about what the former landlords said about me.

So if I can't land a job, the only place I'd be able to afford to live would be that apartment unit in Mebane, NC of $25.00/month rent. I would just need to pick up an odd job if I'm not making much from my traveling sales job. Then as stated earlier, if I move back in there, the former landlords would be reimbursed the $100,000. That appears to be the former landlords and their business affiliates' strategy.

Another approach that the former landlords appear to be using, is sapping my motivation to look for jobs, by demeaning my self esteem. After I decided to change renters' insurance in early 2010, but had not moved out yet, I started to notice similarities of topics that were discussed by people nearby me, who were in conversation with each other. The topics revolved around frowned upon character traits, which I happen to have. The comments uttered by the locals sounded to me like they were trying to sarcastically imply insults of these flaws in my character, and it appeared that the locals meant for me to overhear these comments, in going by the locals'voice tone, inflection, volume, etc.

I later concluded that these local people had probably been contacted and briefed by the former landlords from afar, about me. The former landlords supposedly sent my photo to everyone's cell phone in the vicinity I lived in at the time. The locals were probably persuaded by the former landlords to say the inferring comments at times that the locals crossed paths with me, so that I would overhear them. These relayed implied insults were difficult to have a comeback line for.

When the former landlords and their business affiliates discuss matters about me with the public, they supposedly do not put it correctly. That is the impression I get, in going by people's comments that I overhear. The former landlords and their business affiliates supposedly describe me to the public the way that they want the public to perceive me. It appears that the former landlords assert that if I do something in leisure time, or have a certain level of concentration in my leisure time, that I would be like that on the job. That is not necessarily true though. These presumed conspirators act like they have a crystal ball.

Some of what the former landlords supposedly say to the locals about me, is that I "would do" a particular act of behavior under certain circumstances. I am sure that this made me look bad to the community locals and to hiring managers, if my speculations are correct that the conspirators were spreading this gossip around, and contacting hiring managers of some of the jobs I applied to. Either way, the hiring managers would dismiss any further consideration of my application, if they heard that the former landlords were saying that I would do this or that on the job. In addition, another factor of this presumed conspiracy that causes my thoughts to wander extensively, is that the former landlords supposedly talked some of the locals into doing something to me, or else into orchestrating a booby trap for me, behind the scenes, to make me look bad. These Simon Says type actions would impede my progress, and are sort of like 'voodoo'. A few of the actions or inferences that the former landlords presumably told the locals to do or say, could be considered inhumane.

In addition, it appeared that the former landlords and their business affiliates persuaded manufacturers of apparel and billboard signs, to fabricate t shirts, hats, and literal tangible posted signs, that displayed slogans which sounded like they metaphorically implied insults of flaws in my character. The former landlords/business affiliates supposedly contacted and persuaded managers of stores that play music on

5

the store's intercom, to play songs from a long time ago which the former landlords' or their business affiliates supposedly picked out. These songs have lyrics that can insult me by the lyrics' similarities to flaws in my character. Some of those songs can remind me of the past as well. I'm sure that the former landlords and their business affiliates know that. They probably did some research about my flaws. I like a lot of those songs but I don't listen to them that often since they contain those lyrics.

The former landlords are likely using the 'label' described in the first paragraph of this proceeding, as a springboard to slander my reputation.

I would like to recall what I remember from a story I read about a man named Ethan Dopveen. I am using this story to illustrate how an organization and classification that a person is affiliated with, can mislead others as to the person's character, and/or competence.

There was a man named Ethan Dopveen, who had some friends who all liked pocket pets, such as ferrets, hamsters, guinea pigs, and the like. "Exotic pets" is a more general term for non domestic and non food animals and include reptiles and birds. Ethan and his friends decided to start their own pet selling business. They worked at a privately owned pet store in the city of Sheuden for a number of years. Ethan worked with 9 of his friends, and called themselves the "exotic pet friends" in Sheuden. All the exotic pet friends employees were in their 40's and 50's. The exotic pet friends were almost always in coinonia with each other. The setting starts off in the year 2019.

These friends all lived on the same street in Sheuden, and some of them had families. Ethan lived with Bruton and Sphebo who both had girlfriends. Bruton was the owner of the pet store, and he kept up with the bookkeeping and overhead expenses. Sphebo was the store manager. Bruton was large statured and had a black belt in kung fu. Sphebo was short and stocky. Ethan was a slim short man.

Ethan hoped to get a job in a pet store in an area that had lots of opportunities working with Wildlife. Ethan eventually wanted to be a Wildlife Biologist. One day Ethan applied to a job at a pet store 400 miles away, in the city of Purpledon. Purpledon has a lot of forests. Sheuden is mostly sidewalks, streets, and businesses. Ethan heard from the pet store in Purpledon a week later, and he got a phone interview. The next week Ethan got the job. The pet store where Ethan was to start work, was one of hundreds of stores of a pet store chain company.

There was another pet store of the same company chain that hired Ethan, located in Sheuden. The chain pet store in Sheuden was a competitor of the privately owned pet store where Ethan's exotic pet friends worked.

Recently, a new neighbor had moved next to the exotic pet friends' homes. Eldon of the exotic pet friends was the nearest neighbor to this new neighbor. The new neighbor got along well with Eldon, and Eldon gave him spices, flour, etc, if the new neighbor asked.

Ethan had to get some people elsewhere in the neighborhood, to help him move his furniture into the moving van, since his exotic pet friends did not like that Ethan was leaving their pet store. Ethan drove the moving van, with his truck in tow, down to his new apartment in Purpledon. Ethan asked some of the new neighbors in Purpledon to help him move in.

Ethan liked his job at the chain pet store in Purpledon. Ethan was talented in that he could impersonate some animals' vocalizations, and prompt the animals to vocalize. Ethan had never thought of performing any animal calls while on the job at the privately owned pet store in Sheuden. Ethan could make the different animals bark, meow, grunt, chirp, squawk, hoo, mimic (as in psiticinne birds), etc. So Ethan decided to put his talent into practice.

6

Ethan liked his job at the chain pet store in Purpledon. Ethan was talented in that he could impersonate some animals' vocalizations, and prompt the animals to vocalize. Ethan had never thought of performing any animal calls while on the job at the privately owned pet store in Sheuden. Ethan could make the different animals bark, meow, grunt, chirp, squawk, hoo, mimic (as in psiticinne birds), etc. So Ethan decided to put his talent into practice.

Many customers flocked (no pun intended) to the store that Ethan worked for in Sheuden, to see Ethan's show of making the pets vocalize. A lot of the customers were young people and kids and they would ask their parents if they could buy pets for them when they were at the store watching Ethan. Ethan received a dollar per hour raise.

Ethan's success was heard about at the location of the same chain company pet store in Sheuden. The manager of the chain pet store in Sheuden decided to put an advertisement on the website for an animal impersonator to work as a Sales Floor Associate. Within a few weeks, an animal impersonator who was experienced in retail, was hired on at the Sheuden chain pet store. The Sheuden chain pet store was taking in much more revenue than the exotic pet friends 's privately owned store. The exotic pet friends' store was about to go out of business. The privately owned store was not making enough money to hire anyone who could impersonate different animals.

In the midst of Ethan's success, Ethan decided to work on his fear of pet rats. Ethan had recently told Sphebo over the phone that he planned to improve on that. Ethan sought psychotherapy in Purpledon to help with overcoming his fear.

Ethan had Codependent Disorder as well. Ethan had worked through some of his problems though. Ethan made an appointment at a behavioral health clinic in Purpledon.

The new next door neighbor of the exotic pet friend named Eldon, was a psychiatrist named Dr. Phenop who practiced in Sheuden. Ethan had never met Dr. Phenop.

Ethan's other exotic pet friends in Sheuden knew that Ethan did not have any friends nor anyone he could turn to in Purpledon, if he were ever in a crisis, since Ethan just moved there. Ethan's exotic pet friends in Sheuden decided to make Ethan's life miserable in Purpledon, so that he might lose his job. To start, the Sheuden exotic pet friends persuaded Dr. Phenop to speak to the staff at all behavioral health clinics in Purpledon, including the clinic where Ethan had made an appointment. Dr. Phenop did as the exotice pet friends asked him to, and verified that he is a psychiatrist to the clinics. That way the exotic pet friends could get a foot in the door to communicating with behavioral health staff at the Purpledon clinics. Ethan's exotic pet friends told Dr. Phenop what to say to the staff persons, and Dr. Phenop convinced the behavioral health staff at these Purpledon clinics, that Ethan has much more severe problems than what he tells doctors. Dr. Phenop told the staff at the clinics that Ethan decided to move out on his own, after being seen by a therapist in Sheuden for Codependent Disorder. Dr. Phenop, going by what the exotic pet friends said about Ethan, insisted that Ethan should not be provided with behavioral health services, by whatever means the staff at each clinic wants to go about it. Upon being persuaded by Dr. Phenop, the behavioral health clinics in Purpledon followed through with the Dr. Phenop's request, which was actually the exotic pet friends' request.

As a result, Ethan could not ever be seen by a counselor, after seeking behavioral health counseling in Purpledon. An outpatient counselor could help Ethan to cope with being codependent, could offer Ethan guidance in making choices, and teach Ethan how to diminish his fear of rats. Ethan kept calling and going to behavioral health clinics everywhere in Purpledon for the next eight months, but they all misled Ethan, saying they had no openings to counsel any new patients. On the positive side, Ethan received another raise in salary.

7

However, ten months into his job, Ethan was in an accident, and his truck was totaled. Engine oil had gotten in one of Ethan's eyes, and he could not see out of that eye. Ethan jumped to the conclusion that he would be blind. The ambulance took Ethan to Purpledon Regional Hospital, which was only 6 blocks from the chain pet store where Ethan worked. Fortunately Ethan had insurance from his job. He told the emergency room medical doctor that he wanted to commit suicide if he was going to be blind. The doctor then washed Ethan's eyes out with a cleanser, which cleared Ethan's eyes so he could see. There was no more burning in his eyes either. Ethan breathed a sigh of relief. Ethan still had some serious bruises though.

The medical doctor recommended that Ethan go to the psychiatric ward, since Ethan had mentioned suicide. So Ethan did so. Ethan called his job and told his boss of the car wreck, and that he would be out of work for a few days. Ethan's boss told him that Ethan's coworkers could cover his shifts.

Dr. Phenop in Sheuden had a friend who currently worked as a psychologist at the county public health department in Purpledon. Dr. Phenop's friend would sometimes refer patients to the Purpledon Regional psychiatric ward. Exotic pet friend Eldon asked Dr. Phenop if he would ask his friend in Purpledon to look for Ethan's medical records to arrive from Sheudon Community Hospital, and when they arrive at Purpledon Psychiatric Ward, for Dr. Phenop's friend to remove Ethan's chart, and alter the text in Ethan's chart to display a new diagnosis, by computer generation and superimposition. Dr. Phenop, in hoping to be on his new Sheuden neighbors' good side, complied with Eldon's request. Dr. Phenop's friend felt like he should do it for Dr. Phenol. Dr. Phenol's friend brought along computer software that can alter documents, a printer, scanner, and laptop to the Purpledon Psychiatric Ward, telling staff members that he needed to process new patients' paperwork. Dr. Phenop's friend snuck Ethan's medical chart to a remote room, and changed Ethan's diagnosis from Codependent to Bipolar.

The next day, the nurse told Ethan that since he has Bipolar Disorder, and mentioned suicide, that it was recommended that he should be placed in the precautionary ward. Ethan told the nurse that he had never been diagnosed as having Bipolar Disorder. Ethan went on saying that he had been diagnosed with Codependent Disorder many years ago. Ethan complied though, and stayed in the precautionary ward.

Ethan used the ward phone to call another one of his exotic pet friends, Klebber, on Klebber's cell phone. Ethan told Klebber about what he suspected was an alteration of his medical chart. Klebber told Ethan to hang in there, and contact authorities about his medical chart once he feels better.

Klebber told Bruton about what Ethan said about his medical chart being replaced with another patient's chart, in Purpledon. Bruton told Klebber that the new neighbor down the street, Dr. Phenop did that, by asking a friend of his in Purpledon to change Ethan's chart. Eldon had asked Dr. Phenop to arrange this. Bruton told Klebber that Ethan deserves this since he is putting the exotic pet friend's pet store out of business. Klebber agreed.

Ethan did not know, but the next day most of his exotic pet friends from Sheuden took emergency personal time from their privately owned pet store in Sheudon. The friends drove all the way to Purpledon. The friends invited their neighbor, the psychiatrist Dr. Phenop, to come along. Three of the exotic pet friends stayed behind in Sheuden to work at the privately owned pet store. The private business store in Sheuden was not very busy, so this was feasible.

Some of the exotic pet friends rode with Sphebo, in Sphebo's neon pink and turquoise lamborghini. The rest of them rode with Eldon in Eldon's SUV. But they were not going to visit Ethan.

Sphebo's car was very unique, not only in that it was a neon pink and turquoise striped Lamborghini, with the body jacked up 6 feet above the wheels, but it had 4 spoilers facing away from each other that were just for show on the front hood. In addition, the Lamborghini had a flag that pictured a mosquito that was attached to a rod that extended from the car roof molding.

When the exotic pet friends and Dr. Phenop arrived in Purpledon 6 hours later, the exotic pet friends asked Dr. Phenop to call the psychiatrist who was the provider of Ethan's care on the psychiatric ward. The doctor who was overseeing Ethan's treatment's name is Dr. Preshurrd. Dr. Phenop told Dr. Preshurrd that she should keep the diagnosis of bipolar disorder that is in Ethan's records, as active, despite what Ethan says. In addition, the exotic pet friends asked Dr. Phenop to recommend to Dr. Preshurrd that medications be prescribed to Ethan that are necessitated for a patient with bipolar disorder. Dr. Phenop followed through, and Dr. Preshurrd complied with what Dr. Phenop said.

The exotic pet friends walked through a park in Purpledon and caught some of an outdoor drama that featured a man who had a dog, and the dog was actually his dog off the set. The exotic pet friends wondered if he might be a good actor and be willing to do them a favor. The exotic pet friends pulled over and asked him his name. He said his name is Belder. The exotic pet friends asked Belder if he would be willing to admit himself into the psychiatric ward for being depressed, and spy on a patient named Ethan, and that they would give Belder a new rabbit house that he could use as a doghouse. The exotic pet friends asked Belder if he would write down anything Ethan says on the ward, that is inappropriate. The exotic pet friends told Belder that they have a way to take care of his hospital bill. Belder complied, and admitted himself into the psychiatric ward.

The third day that Ethan was in the hospital ward, Ethan was moved out of the precautionary ward. Ethan was talking to Belder and a few other patients about the money he had lost from the car wreck, and being in the hospital away from work. He said his insurance only covered some of the cost. Ethan overheard a middle aged nurse in a nearby conversation on the ward tell another nurse that she wants a new dress. Ethan remembered that his brother's girlfriend who lives with Ethan's brother on the opposite side of Sheuden, had recently received many dresses as gifts, so had surplus dresses. Ethan told Belder what he heard the nurse say, and continued saying jokingly, that maybe he (Ethan) could sell that nurse a dress from his brother's girlfriend's wardrobe, to make up for the money that Ethan had lost. Belder talked a few minutes more in the informal patient gathering, but then walked over to where the nurse that Ethan had referred to, around the corner, when Ethan was not looking. Belder told the nurse that the patient named Ethan said he wants her to undress. The nurse gasped, and told a doctor. The doctor asked the nurse to try to disregard it since these patients are mentally ill. The nurse left early though. Belder wrote this down, and called Bruton.

The 4th day that Ethan was in the hospital, Ethan looked out the hospital ward window. He gazed 6 blocks down the road in downtown Purpledon, all the way into the parking lot of the pet store where he works. Ethan noticed a pink vehicle. It had turquoise stripes. It was a jacked up neon pink and turquoise Lamborghini parked in the parking lot, just like Sphebo's Lamborghini back in Sheuden. It had the same opposite facing spoilers on the hood. Ethan focused intensely and saw a flag attached to the car. Ethan could barely make out the flag, but it looked to be a mosquito, like on Sphebo's Lamborghini. Ethan called Sphebo's cell phone from the ward phone, and the voice mail picked up. Ethan left a message asking Sphebo if that was his car at Ethan's workplace in Purpledon. Three hours later, Sphebo called the Purpledon hospital ward and asked for Ethan. Sphebo asked Ethan how he was doing, but then laughed and told Ethan that no, that was not his car all the way in Purpledon. Sphebo said he is at work at the exotic pet friends pet store in Sheudon with everyone else. Ethan was concerned, but tried not to be suspicious.

9

Yet Sphebo actually had pulled his Lamorghini into the parking lot at Ethan's workplace in Purpledon, with Bruton in the passenger seat. Sphebo and Bruton had talked to Ethan's boss at the pet store where Ethan worked, in effort to get Ethan terminated. They told Ethan's boss that Ethan had a psychotic episode and was in the psychiatric ward down the street. Since the exotic pet friends had asked Dr. Phenop to talk Dr. Presshurd into prescribing Ethan with medication for BiPolar Disorder, Bruton and Sphebo told Ethan's boss that Ethan was taking those medications, and that they were for Bipolar Disorder. Ethan's boss had heard of the reliability and job performance of some people with BiPolar Disorder, which was not good. Ethan's boss drew conclusions. In addition, Bruton told Ethan's boss that Ethan had asked a nurse on the psychiatric ward to undress.

Finally after 6 days' stay at the hospital, Ethan was discharged. When Ethan got his cell phone back, he played his messages, and one of the messages was his boss at the pet store in Purpledon. His boss said in the message that Ethan had been terminated from the pet store. Ethan then called the store in Purpledon and asked to speak with his boss about the message. His boss came to the phone and affirmed that he was terminated, but that he could not disclose the reason to Ethan.

Ethan packed his suitcase and caught a bus back to Sheuden. When Ethan arrived in Sheuden he called Bruton and asked if he could stay a night or two there at his old place. Bruton said that was no problem. Ethan caught the local bus to Bruton and Sphebo's house, and Ethan saw the Lamborghini parked in the driveway. Ethan asked Bruton how they were doing. Bruton and Sphebo told Ethan that they were doing well but were very saddened to hear that Ethan was terminated from his job, and that he had been diagnosed with Bipolar. Ethan told Bruton and Sphebo that he does not have Bipolar. Then Ethan told Bruton about the replica Lamborghini of Sphebo's, that he saw parked in the parking lot at Ethan's former workplace in Purpledon, a few days before he was terminated. Bruton told Ethan that someone in Purpledon must have a car just like Sphebo's jacked up Lamborghini. Bruton continued saying that Ethan could have imagined it, and told Ethan that he might have had a psychotic episode from his Bipolar condition, so was delusional. Bruton told Ethan that he (Bruton) and all the rest of "us exotic pet friends" have been working to no end here in Sheuden for the last 3 months, trying to stay afloat in revenue, so as to not go under. Bruton said that none of them could possibly have driven 6 hours down to Purpledon and back. Bruton told Ethan to rest easy since he probably needs treatment. Ethan told Bruton that the Purpledon Hospital must have been breached, since his medical records have been altered. But Bruton told Ethan that he had some errands to run, and drove off to the store. After eating and staying the night at Bruton's and Sphebo's home, Ethan returned to the apartment he was staying in in Purpledon, and eventually got a job at the animal shelter.

In conclusion of the account of Ethan, Ethan knew what was really going on, but Ethan's friends who had turned into Ethan's enemies, used a diagnosis, be it the actual diagnosis or not, to convince others that Ethan's assertions of seeing Sphebo's Lambourghini in the parking lot at his job, should be dismissed as Ethan's imagination due to his diagnosis of bipolar condition. So as stated at the beginning of this excerpt about Ethan, conclusions were drawn about Ethan because of Ethan's affiliation. The organization that Ethan was affiliated with was a psychiatric facility as a patient, and the classification he was under was Bipolar patient.

After I moved out of the apartment unit in Mebane, I rented some apartments in the middle and south Triangle area of NC, over the next 2 years. I eventually moved to Raleigh. Abodes included job accessible lodging in Morrisville, NC as well. In addition, I occasionally visited a friend of mine at the time who worked at the mall in Chapel Hill.

It appeared that I was being investigated while I lived in the Triangle area, which may have been in connection with my first filing of the same proceeding in this document. I got the idea that WRAL News in Raleigh was conducting the presumed investigation on me, if I was actually being investigated.

It seemed that the former landlords and their business affiliates were viewing and listening to film footage that WRAL News investigators presumably filmed of me. There were 'signs' (not literal), that I noticed which appeared to allude to that. I would guess that the films could be viewed and listened to by anyone who has a cell phone or other internet accessible mechanism, except by me, since I supposedly was the subject person being investigated. I did not get the memo, in other words. There may have been a forum that people were commenting on, about what was seen on these supposed films being taken of me.

I got the idea that the former landlords would perceive an act of behavior I carried out, or dialog I verbalized on the film footage, as a 'red flag'. Inappropriate in other words. Then the former landlords supposedly sent mass derogatory text messages about me to the public, and to WRAL , based on how the former landlords perceived their discerned 'red flags'. Although the former landlords would skip the step of contacting me personally first, and asking me what my take was on their discerned red flags in the film footage, before the former landlords sent the derogatory text messages about the red flags that I did or said, to the public and WRAL . Of all persons that a number of co landlords should let know, that they said something negative about the person to a third party, are those in the landlords' own familiar line of previous renters. Remember I rented from them over 2 years so I was probably familiar to them. The former landlords were probably using the rules of investigations, to justify slandering one of their own (in their own line of previous renters). My impression is that one is not supposed to talk to another person about an investigation transpiring, even if it convincingly appears that there is one taking place.

Therefore I suppose that the idiom "There are two sides to every account" applies here. I take that idiom to mean that both perspectives of a given scenario involving two parties, should be listened to. I was not being given the opportunity to tell my side of things though, since I never got to read nor hear what the former landlords were saying about me to the local people, nor to WRAL. That is how it appeared anyways.

One way to make a person under scrutiny look bad, is not to give the person under scrutiny the opportunity to tell his or her side of things. Because onlookers will likely misperceive the character of the person being scrutinized, if the onlookers only hear the scrutinizers' perspective of the scenario.

Had I been informed of what the former landlords texted to people, I could have contradicted any misinformation that the former landlords gave. That is very worrisome for one to not be allowed the opportunity to give one's side of a scenario account. That worrisome factor contributes to my worsened thought wandering, since I will be deprived of job opportunities because hiring managers will probably hear of the content of the former landlords' slander of me, and I will not have given my input. That is if hiring managers are not contacted directly by the former landlords.

In addition, the presumed investigation conducted on me by WRAL from ~ 2012 to 2016, appeared to me to be biased. I concluded that from some photos posted by WRAL on Facebook, which I perceived alluded to the likelihood that there was communication taking place between the former landlords, and some of the WRAL News Team personnel.

One of the speculated business affiliates of the former landlords, Jerry Bowen, is a resident of Raleigh, and he may somehow have made a way to communicate directly with the WRAL News Team and investigators.

Thus I got the idea that Mr. Bowen was acting as a "go between" of communication from the former landlords to WRAL News personnel, and vice versa. There were news stories broadcasted on regional television that appeared to indicate that this type of relay communication about me, was taking place behind my back. In addition, daily talk shows sounded like they addressed this as well. Mr. Bowen may

Case 1:23-cv-00414-WO-JEP Document 2 Filed 05/18/23 Page 18 of 28

even have gotten romantically involved with one of the newscasters at WRAL, Lynda Loveland, and each of them have a spouse.

I am typing this paragraph under the assumption that WRAL did in fact conduct an investigation on me from around 2012 to 2016, and that they were biased. I could be wrong of course. But if WRAL is continuing to investigate me today from afar, I suppose they are doing so, so that they can reaffirm their assessments of me from their presumed initial investigation from around 2012 to 2016. WRAL personnel may deem as well that they would be less apt to receive a blemish on their reputation, if they can discredit my character. That being since I was the presumed subject person of their supposed original investigation. So any follow up investigations by WRAL could be based on discreditation efforts of me. Likewise the Liberty Mutual commercials come across to me as though they contain inferences of insults of flaws in my character specifically. Liberty sounds like Monica Laliberte, who is another newscaster at WRAL.

I get the gist that the WRAL team personnel are using their reputations as experts to deceive and convince the public about my character, as are the former landlords and their business affiliates, the latter two groups of whom include experts in the fields of software engineering, computer programming, etc.

Again I rented from these landlords for over 2 years so I am probably considered to be familiar to them, and am in their own line of familiar previous renters. In landlord jargon, I am in their own familiar line. The former landlords themselves probably look favorably upon their business affiliates, and the WRAL newscasters, in that these other two conspirator groups are likely slandering a person (me) in the former landlords' own familiar line of previous renters. So it's ok with the former landlords that these outsiders are slandering one of the former landlords' own previous renters. Outsiders meaning that these 2 other conspirator groups are not from the former landlords' team of co landlords. However the former landlords exclusively are not only condoning others' slander of one of their own previous renters, the former landlords themselves are slandering the reputation of one of their own previous renters. So it appears that the former landlords are using the business affiliates that they joined with, and the WRAL news casters, as scapegoats, to excuse themselves (the former landlords exclusively) from liability of the disturbing action of ruining someone's life by slandering him or her. The someone being one of their own previous renters, no less.

Furthermore, the former landlords themselves supposedly justify each other. They have a philosophy similar to "If the business affiliates whom we joined with, and the WRAL news casters can slander one of our own previous renters, then we can slander one of our own previous renters."

These former landlords themselves proclaim a particular faith. Although the former landlords adore materialism and money much more than what their faith is supposed to represent. That is what I gather from the locals' inferences, it sounds like. The former landlords themselves are putting what their faith represents to an open shame, in that they are slandering a person in their own familiar line.

These former landlords do not see the evil that dwells in themselves, much less the immense degree of evil. I'd be sure that the former landlords know that what they are doing is wrong, if they are really honest with themselves. I'd be sure that their consciences convict them. They just ignore their consciences. The flashing dollar sign in front of their faces, blinds them to what they are doing to a person in their own familiar line. What they are doing is abuse of familiar former landlord power.

My impression is that the evil that these talented former landlords perpetrate, is very subtle. They use their reputations, and their debate, articulation, and manipulative skills, to deceive and thereby convince the public of me having the character traits that they insist I have. The former landlords supposedly use humor, sarcasm, and fancy jargon to impress people, so that the former landlords can get the public on their side. But the former landlords are not the gurus of me that they supposedly tell people that they are.

12

I surmise that they are very good at coming across like they know what they're talking about. My impression is that most people probably do not see the 'front' that the former landlords put on.

These former landlords must be very emotionally sick in their true colors, in spite of their good reputations. During the duration of my residence I saw that they have a lot of good qualities, and are responsible and conscientious. Yet I saw that they are very controlling type people. In addition to being controlling, occasionally I would see manifestations in their personalities that appeared to indicate that they have emotional problems of some sort, behind their outgoing flashy personalities. Not just character flaws but emotional disturbance. I did not tell anyone what I noticed though. The presumed emotional problems do not appear to affect their day to day fulfillment of responsibilities nor coping skills, as much as it affects the type of people they are, as has manifested in them slandering a person in their own familiar line of previous renters.

Seeing that I am one of the former landlords' own previous renters of a basic unit, society defines landlords who have previous renters, as people who want their previous renters to be happy and to live up to their potential. But if these former landlords wish failure on me, a person in their own familiar line, that defies the definition of a former landlord, and thereby demonstrates that these landlords are probably not emotionally healthy. The former landlords are throwing their reputations around to make a person of lesser reputation, and who is in their own familiar line no less, look bad, so that the person will fail, and they can get back a large sum of money. They don't want me to just fail on a project or not get a promotion on a job. They want me to be a failure in life, I am sure. Yet these former landlords not only want me to be a failure, they are carrying out slanderous activities behind my back to make my failure come about, it convincingly appears. Polygraph questions should reveal this. I ask that these former landlords be considered to be unfit as former landlords. Their surmised psychological problems are probably why they cannot let go.

I am not saying that these former landlords are not upbeat, outgoing, and humorous people. But the troubled emotions in their true colors, appear to have made them prone to go through a metamorphosis, if their financial accounts are significantly compromised. It is almost like they perceive a surreptitious orchestration of ruining a man's life behind his back, as a humorous game. And they have no remorse. The former landlords' "loft one" is going down, and nothing can get in their way of making their 'loft one' be a failure. For former landlords to turn on one of their own like that, exemplifies that they are disturbed, no doubt. But they can talk anyone's ear off and make them laugh.

I nominated myself for Secretary of the Wildlife Committee 12 years ago, and the people on the Committee who own personal camcorders, have supposedly been videotaping me in their leisure time, when they are downtown and I happen to cross their paths. Usually on the weekends I suppose. I seriously doubt that the Committee is trying to make me look bad. They are presumably trying to see if I conduct myself as the committee secretary should. They have supposedly been videotaping me for about 10 years so far. On those videotapes I am sure that it can be plainly seen in the countless scenarios I have been in as videotaped, which included people of all walks of life and ages and genders, wearing all types of attire, that the former landlords are inaccurate in how they supposedly describe me to the general public. Maybe I will be elected to the Secretary position next year.

I don't knock that I am somewhat preoccupied in my natural way of thinking. However, the presumed conspirators supposedly tell people that my thought wandering these days is entirely attributed to my own cognitive thought processes. Like I said that may be true for the natural thought wandering I have, which is to a moderate degree, as I construe. But the exacerbated thought wandering that I exhibit in the present days, which is a lot worse than before the slander started, is probably not caused by anything in my own cognitive processes, nor the deterioration thereof. The former landlords, the former landlords' business affiliates, and the WRAL News Team personnel are the cause of it. I am very worried about what these

Case 1:23-cv-00414-WO-JEP   Document 2   Filed 05/18/23   Page 20 of 28

presumed conspirators are saying about me, and who they are saying it to. I am not going to get a job if the conspirators are mass texting everyone, saying that my thought processes are dysfunctional due to marijuana use, I am not right upstairs, and/or my cognitive processes are deteriorating. A hiring manager who hears that about me through the grapevine, will just put my application in file 13. That is if the former landlords do not contact the hiring manager directly. That is why I am so worried, and therefore I cannot focus. Sounds like a paradox of sorts.

These former landlords and their business affiliates have supposedly been thwarting job opportunities that I've applied to, by way of their slander, for over 10 years now. My career has practically failed, due to their slander. Any scowls seen in my countenance these days, and excessive talking to myself, is predominantly attributed to the discouragement, hopelessness, and worry of eventual failure, that I have experienced in recent years, as resulting from the conspirators' speculated impedance of me making progress. It is not largely due to any psychological problems I have, I am sure. The factors that prompt me to worry include that I might not be granted an opportunity for a job this month. In addition, I am worried about eventually being a failure in life altogether, in the long haul, due to continued lack of opportunities, if these conspirators continue to slander my reputation behind my back. Otherwise, if I am occasionally granted an opportunity for a job that slips through the cracks of the conspirators' presumed slander of me, the conspiring parties might eventually interfere with the job after I have had an active role for a while.

The cause of my extreme thought wandering in current days is probably misidentified by an onlooker. I suppose that it is an optical illusion of sorts. If I have finished eating at a meal at a cafeteria, and I tilt my tray over the trash can to dump the napkins, trash, styrofoam plates, and plastic cutlery, but I dump my cell phone which was on the tray as well, along with the rubbish, what an onlooker sees is the degree of thought wandering that I experience while amidst all the aforementioned conspiratory activities. This 'out to lunch' behavior' that I exhibit, does not accurately portray the true degree of thought wandering that I have in real life, which like I said, is to a moderate degree.

Real life is not being the subject of a behind - the - scenes conspiracy.

Me being "out to lunch" so often these days, can be summed up by a play on words of a commercial from about 25 years ago, "It's not delivery, it's Digiornos": The play on words is, "It's not dementia, it's dread" and it is an idiom that I made up, meaning that my future is potentially of gloom and doom, if these former landlords continue to slander me. Therefore I am so preoccupied, because I am so worried about the future. These presumed conspirators have made my life an eventual failure vacuum. There is a ceiling of progress that follows me everywhere I go, like a dark cloud, because of them.

The absence of the aforementioned slanderous activities taking place behind my back, depicts the community I lived in, and the environment of the jobs that I held in 2008 through 2009, which was before the slander started. The period from 2008 through 2009 demonstrated the moderate degree of thought wandering that I naturally have, it seemed to me.

In other words, the former landlords did not prevent me from landing a job from 2008 to 2009, nor did they interfere on jobs I had from 2008 through 2009. The former landlords did not have a reason to slander me from 2008 - '09, because I had not moved out of their apartment unit and changed renters' insurance yet. So the former landlords probably have interfered on jobs I've had in years since 2009. These jobs include: A) LabCorp off of Miami Blvd in RTP, NC in 2010; B) late during the time I was employed at Cracker Barrel in Asheville, NC in 2016. It appeared that the former landlords contacted a Cracker Barrel Restaurant in Greensboro, NC that I was trying to be transferred to. The former landlords then supposedly slandered my reputation with the home office of Cracker Barrel, in Lebanon, TN, resulting in me being terminated. It looked as though this was a tag team orchestration by Lebanon - Greensboro, BUT the efforts to get me terminated originated from the former landlords from afar, who

14

supposedly talked the Home Office in Lebanon, and Greensboro Cracker Barrel Restaurant, into arranging for me to be terminated. And C) The former landlords, the former landlords' business affiliates, and maybe the WRAL News personnel might possibly have interfered with jobs I held in late 2017, and late 2020, at least in regards to slandering my reputation with some of the clientele of those jobs. I could of course be wrong. If needed I can elaborate on how it appeared that customers were being contacted by the presumed conspirators.

The jobs I held in 2008 were Michaels Arts and Crafts in Burlington, and 2 consecutive temporary jobs at LabCorp in Burlington. I had other matters that I had to attend to from 2008 - '09, but being extremely preoccupied was not that much of an issue on jobs I held during that 2008 - '09 time period.

I conjecture that it was not so much the smaller size of the city of Burlington, NC, where I worked in 2008 through 2009, as much as it was the lack of slander being communicated about me behind my back, which allowed me to perform reasonably well on those jobs, with less preoccupation of thought than I have today.

The back to back temporary jobs I held at LabCorp in Burlington in 2008, is not to be confused with the temporary job I worked in 2010, at LabCorp in Research Triangle Park in NC.

I have heard motivational speeches which taught that one should not involve oneself in activities that drain emotional strength. Worrying is not an activity, but by the same token it takes away one's emotional strength that one can exert to concentrate and retain information, is my impression.

Once an injunction against the presumed conspirators hopefully transpires, I should be a lot less worried, and thus have more emotional strength to concentrate better. I should no longer talk to myself excessively either, if I have been talking to myself since the slander supposedly started around 2010. If I ever talked to myself before the slander started in 2010, such as at times that I had a lot of responsibilities to tackle, and little time to complete them, it was very minimal, that I recall. I can provide references if needed, in regards to if I talked to myself before the slander started, whom I rode around with numerous times each week for several years in the 1990's. One or two of them may have been with me on outings from 2008 - '10 as well, but much less frequently. Coworkers and supervisors in 2008 to 2009 could probably vouch that I was not talking to myself on the job, and that I was not extremely preoccupied either. Maybe somewhat preoccupied. I was not taking any vitamins nor herbal supplements from 2008 -'09, just like I am not taking any now. I am not against taking vitamins, herbal supplements, hypertension medication, nor any other type of medication. I am just saying that oral ingestion of tablets or the lack thereof, is in all likelihood not connected to me talking to myself nor being extremely preoccupied, in the past 12 years or so.

There are some predicaments in life that most people probably cannot stop worrying about. A tennis match judge does not require that the players try to tune out any commotion made by the spectators. The judge requires that the spectators keep quiet, so that the players can play at their optimal level, without distractions as such.

What if a lady who lived with her family in a remote community in the country, is "out to lunch" often in being attentive to her surroundings. She is definitely a day dreamer. But she usually cooks very good food.

This country woman and her family went on vacation and took most of their food with them. They had car problems on the way back though, on a Sunday evening, therefore they did not take time to stop for food, so that the kids could get back earlier before a school day. The mother planned to microwave some frozen dinners at home. When they returned to their older model mobile home after the last stretch of

Case 1:23-cv-00414-WO-JEP   Document 2   Filed 05/18/23   Page 22 of 28

country road, they discovered that some hornets had gotten into their home and built a nest over the stove. It was too late to drive to town to the grocery store or fast food restaurant though. The mother had to cook what was left in her cupboard and refrigerator/freezer. But there were no quick microwavable meals. The husband could not spray the nest since it would aggravate the hornets. He would have to spray and remove the nest late at night when the hornets crawl into the nest. Otherwise they'd have to call an exterminator. So the wife proceeded to cook dinner while everyone else was in the living room. The wife was worried while cooking about getting stung, with all the hornets flying around. She put sugar in the casserole instead of salt, and vanilla extract in, instead of hot sauce. What is the primary cause of the cook's inattentiveness? Her own thinking processes? Is she going to always make mistakes like this while cooking? Did she need to take medicine or meditate before or while cooking? No. The hornets' nest needs to be removed.

The hornets' nest symbolizes the slander of the conspirators behind my back. Removing the nest symbolizes an injunction.

There are other factors of the presumed conspiracy that contribute to my worsened preoccupation of thought these days, besides me worrying about the former landlords shaping my future to be a failure. Physical threats can compound preoccupation of thought as well. I have been very worried that a small few of the presumed conspirators might initiate a call or text message from their residences from afar, to any man in my local area, and talk the local man into assaulting me. I elaborate on this elsewhere in the text. That is something to be worried about for sure.

Plus I am constantly on the lookout for what these former landlords are going to try next, behind my back, in persuading some of the locals to be in cooperation with them (the former landlords) in effort to make me look bad. So the locals are talked into orchestrating these setups as Simon Says. "Simon" represents the former landlords and their business affiliates. This could be some trap that the locals set up that impedes my progress for that day, some test that the locals arrange to see if I am paying attention, or a scenario that some of the locals dramatize when proximal to me, to see if I say something inappropriate. And any deviating comment I say gets reported back to the former landlords. This is very worrisome and thus preoccupies my thinking.

For instance, recently there was a cart on the opposite side of the street from a grocery store. I remembered that about 3 blocks away was private property. I glanced over at the immediate adjacent area to where I was, but I did not see a "No Trespassing" sign. I considered pushing the cart back to the store, but then I saw a couple at the opposite side of grocery store parking lot, at the periphery, who had just shopped and were pushing two carts full of groceries out of the parking lot, to their car parked across the street, I supposed. I wondered if this was some test that the former landlords were putting me through, by way of the WRAL cameras, to see if I would not push the cart back to the store, because I saw the couple pushing their carts far away from the grocery store parking lot. WRAL might construe that if I didn't return the cart, like the former landlords know that I usually would, if I'm not busy, that my lack of doing so meant that I feel a grudge against couples, since I am single. Anyways, what I am trying to say is, that I was so honed in on whether this was a test that the former landlords talked the locals into arranging, and if it was, what the former landlords were expecting me to do or not do. Thus when I hid my personal belongings on the grass back from the curb, before I pushed the cart back to the store, I did not see a large bright red and white "No Trespassing"sign on the telephone pole about 10 feet away. If there were no cameras, and the former landlords were not slandering me, I would be sure that I would not have been so worried, and that I would have noticed that "No Trespassing" sign. When I returned from the grocery store back to my belongings, I saw that there was another "No Trespassing" sign about 1 block away from where I initially was, but the sign was hidden from view from where I was, by a large fir tree.

Not to mention, another factor that compounds my wandering thoughts is worrying about the relayed implied insults of my character flaws, through the locals. I cannot really say anything back to these locals a lot of times, since I do not know for sure that the comment originated from the former landlords from afar. Sometimes I don't counter when I am criticized directly by someone anyways.

In general, if person B just ridiculed person A, but person A does not say something back to person B, person A may feel insulted, and turmoil may stew in person A. Especially if this happens often and person A is a doormat. This can make person A more preoccupied, than if person A had said a comeback line when he or she was crossed. That is my impression anyways.

Cameras, as speculatively used by WRAL News, are a catalyst of the former landlords' relayed implied insults of me through the locals, in my opinion. Resolution of quarrels of internal employees are usually addressed by the employees discussing the problems with the management, as I have experienced. Consultation is usually given by the supervisor to both parties, to not bicker. If the coworkers continue bickering, then the coworkers are usually separated by the supervisor. That way each coworker can perform their jobs at an optimal level without the distraction of arguing and additionally. The coworkers are not as distracted either. So separating quarreling coworkers is usually effective.

However if there are cameras, such as when WRAL was/is supposedly investigating me, the former landlords and the former landlords'/business affiliates had constant access to view my activities all the time, both on the job and off the job. The former landlords could send an infer - insulter my way at any time, since the former landlords always knew of my whereabouts by way of the cameras. Therefore I could not get away from the speculated relayed infer - insults.

I used to live in Georgia near a chemical plant with the company name Kemira. I live within walking distance to the library. When I walked by that plant, I usually saw the same several employees outside in the back of the plant yard beside the building. All of these few employees coincidentally favor the former landlords and their business affiliates. So one man looks like Bill Orr, one lady favors Cynthia Ferrell, another lady looks like Alli Larsen, etc.. Some of them favored business affiliates Jerry Bowen, Evan _____(last name unknown), Kent Berry, etc. These former landlord and business affiliate look-alikes would look at me, and then they'd talk to each other, then look my way again, discuss among themselves again, etc. Plus there were 3 ladies who gathered with these former landlord/business affiliate look alikes, who favored some newscasters from WRAL News personnel. These 3 ladies appeared to look my way, type something on an electronic tablet, then look my way again, type something again, and so forth and so on. Sometimes they'd write on a paper tablet. I'll refer to all these conspirator look-alikes as CLA's.

Following, the CLA's would then walk over to the front of the building which still was in the back of the plant yard, and talk to other workers who do not look like any of the presumed conspirators. I'll refer to the unique faced employees as UFE's. The UFE's then angled their cell phones at me, it appeared, as if to take a photo of me. Next the UFE's would plug a USB cable from their cell phones to the CLA's phones.

At times I walked by the Kemira plant, I could tell that my thoughts wandered excessively. That was because the people at the back of the plant yard made me so worried. If I happened to be driving, and my car stalled in front of the Kemira plant because of the battery, I would have to walk to the auto parts store, buy a new battery, and walk back and install the battery in front of the Kemira plant. Although while replacing the battery I might not remember where I put a loose bolt. I might disconnect the positive terminal on the old battery before the negative terminal. When installing the battery, I might connect the negative terminal first, and get shocked. My preoccupation was due to me being so worried about what the people at the back of the Kemira plant yard were saying about me to their coworkers, even if they were not really talking about me, but just looked to be. They may even be communicating to hiring managers of restaurants, if I had applied to any restaurants on the same road.

Case 1:23-cv-00414-WO-JEP   Document 2   Filed 05/18/23   Page 24 of 28

The presumed relayed implied insults through the locals were "signs", (not literal posted signs that display words), that the former landlords' were talking to the locals about me in a derogatory context. This is sort of what comedian Bill Engvall refers to. "Here's your sign".

This is to say, that I can tell that I am likely being slandered, going by the local people's comments, tone, and demeanor. One idiom that depicts how a person can notice that something has transpired behind the scenes, and what transpired, indirectly affects the person, is "it rolls down hill", it seems to me. What if a company had a surprise visit from inspectors, as occurs sometimes, but the company received a poor rating. The inspectors and managers were upstairs, and the subordinates were downstairs. So the subordinates did not ever see the inspectors. Let's say that the managers did not impart to the subordinates, that the worksite was inspected. The managers might not want to discuss the inspection with the subordinates if the managers were very upset with the rating that the company received. The subordinates might still be able to tell that the company was inspected and received a poor evaluation, if the management implemented many changes later that week, the managers were quicker to snap at the subordinates than usual, and were in more bad moods than usual. The subordinates will probably notice, and conclude that the company had a surprise inspection and received a poor evaluation grade.

The average person does not undergo being criticized indirectly, by way of the person's previous landlords persuading the 3rd party locals to imply criticisms.

The average person does not have a dozen or so conspirators who are much more capable than the person, and who want the person to be a failure, watching films of the person, such as when I was supposedly investigated by WRAL. So in addition to cameras facilitating the relayed imply - criticizing, the conspirators probably have easier access to slander my reputation in the community I live in, if the conspirators can see me through a camera .

The average employee does not have a conspirator(s), who does not work at the employee's workplace, nor with the company, communicating with the employee's supervisor behind the scenes, and persuading the supervisor to make the employee look bad, for the purposes of the supervisor having a legitimate reason to terminate the employee. This is what I call a spoil - driven conspiracist action, and an action as such most likely transpired at LabCorp in RTP, NC in 2010.

This leads to the difference between spoil driven pressure and job pressure on its own. Spoil driven pressure, as in conspirators going behind the scenes to try to make a person fail on the job, is much different. Generally a supervisor mainly wants a subordinate to be productive on the job, and to work well with the team, as I have perceived on jobs that I have had. The average supervisor does not want a subordinate to be a failure in life.

Spoil driven pressure exerted on an unemployed person's chances of landing a job, is not the same as pressure on the job of the supervisor's expectations of the employee, exclusively. An unemployed person who is the subject of progress impeding slander (spoil driven pressure) such as myself, cannot go anywhere in life. This ceilinged life causes the person to feel distraught, hopeless, and have anger at the slanderers who are depriving the person of opportunities.

The average employee on a customer service job, does not have his or her reputation slandered, by way of conspiratorial communication to the customers that the job serves, in order to make the employee look bad in the customers' eyes.

The average unemployed person is not subjected to his or her reputation being damaged by conspirators who are not only derogatorily describing the person to the public by mass communication, but are sometimes contacting hiring managers of jobs that the unemployed person applies to. In regards to me

personally, namely the former landlords exclusively, appear to be contacting hiring managers. I could be wrong about that though.

And the average person does not have a number of biased news station personnel, investigating the person and commenting about the person to the public.

An employee whose leisure and on the job activities are free from interference by conspirators, should be a lot less worried and therefore able to focus better on the job.

Injunct the former landlords, their business affiliates, and the WRAL news station personnel, and then you have real life.

Now to address whether I had a physical impairment back in the 1980's. I probably had an onset of osgood schlatters in my knees which bothered me from time to time. But it vastly improved. The following account demonstrates that my knees were healthy even back then.

One night in the 1980's I went to a concert by myself. The concert was on the rooftop of a 40 story hotel. It was a duet of Gerry Rafferty and Linda Ronstadt.

I saw Gerry kiss a woman beside the stage, so I presumed she must have been his wife.

I was wearing a 14 carat gold necklace with a medallion that read "Peace". But it was scratching my neckline. So I took the necklace off and set it on the counter, because I needed to file it down. I was going to put it in my pocket but someone spilled beer on the table, and the necklace fell on the floor. I looked and looked but did not see the necklace on the floor.

Near the end of the concert I recalled that my nail file was in the console in my car. I was hopeful that I would find my necklace so I bent down and opened the door on the rooftop floor, and walked down the small stairwell that led to the 40th floor. I took the elevator down to the 1st floor, walked to my car, and retrieved the rectangular nail file out of my car. I showed my wrist stamp to the host in the lobby and on the way back up I noticed that not too many people were riding the elevator upward, since the concert was almost over. But some yellow jackets had gotten into the elevator somehow, and I was stung on both my palms. When I reached the 40th floor, my hands were in pain and swollen. I told the bellhop I doubted that I could drive home. She said I could sleep on the 40th floor that night until my palms felt better.

I remembered that I had some chewing tobacco in my glove compartment. I rode the elevator back down and walked to my car to retrieve the chewing tobacco to put on my palms to relieve pain as described in a home remedy book. It took me about twenty minutes though since my glove compartment was so cluttered and dome light was out. When I returned to the 1st floor lobby, the elevator had a sign on it that said "Out of Order". So I walked up all 40 flights of stairs to get to where I was to sleep. When I arrived at the 40th floor, the bellhop said that the elevator malfunction was just a matter of replacing a wire and filling a hole with putty, so it was already back in full operation. But I was upset that I had walked all the way back up instead of just waiting in the lobby a few minutes more. I had missed the last few songs. I applied the chewing tobacco to my palms and now that the concert was over I sat in a chair behind a banner on the 40th floor trying to ignore the departing crowd's chatter. After the crowd had left, I went to sleep.

When I awoke early the next morning at about 6 a.m., I walked onto the rooftop to look for my necklace. I saw Gerry Rafferty fast asleep. Then a lady walked up onto the rooftop. It was the lady I presumed was Mrs. Rafferty, and she saw Gerry on the lounge couch fast asleep. Mrs. Rafferty saw a small empty opened package on the floor. She burst into tears. She shook Gerry to wake him up. When Gerry awoke,

19

his wife asked him about the package. It sounded like she said "diaphragm package". Gerry was speechless. Gerry's wife was still crying as she walked through down through the roof top floor door to the 40th floor, and I suppose rode the elevator down. They probably did not even notice that I was there, understandably.

That was quite an intense scene, but I knew that it was none of my business. I felt very bad for Mrs. Rafferty if what had happened was the way that it sounded.

I still wanted to find my necklace. My hands were feeling better . I went to the hotel office, and asked the building manager if he would be able to spot my necklace on the cameras. He said he would review the camera footage from the previous night, and I would need to check with him tomorrow. It was about 10 a.m. that Sunday. The roadie crew returned and proceeded to take all the music equipment down the elevator in partial loads to their van.

I drove back home. I learned later that morning that the concert of Gerry Rafferty and Linda Rondstadt that was scheduled later that week in a neighboring city, had been canceled.

The next day, which was Monday, I drove back to the hotel. I asked the building manager if he saw my necklace anywhere after looking at what the camera showed. The building manager said, "I'll tell you what I saw. After the concert, Gerry Rafferty and his wife, and Linda and her husband, stayed after the concert to help the roadies disassemble and prepare the music equipment for transport the following day.

About 30 minutes later, Gerry's wife and Linda's husband were sleepy and decided to drive to the respective hotels where each couple had a reservation. After Mrs. Rafferty and Mr. Ronstadt had been gone a while, I heard Gerry and Linda laughing and joking with each other. They drank a few bottles of liquor. It was very hot that night and it was forecasted for clear skies. Gerry had changed into a tank top and Linda likewise slipped into more comfortable attire. When all the equipment was wrapped in straps and secured in the corner of the roof, the roadies walked down through the roof floor door and went home.  Linda and Gerry stayed behind to rehearse another duet song that they had written and were scheduled to perform 3 days later at a venue in a neighboring city. It was a slow romantic song, and at 2 a.m. Linda and Gerry were gazing into each others' eyes while singing to each other. One thing led to another and they wound up making out. Linda had a diaphragm so she utilized it properly. I'll spare you the details, but from glancing I could tell that they had sex on the couch in the lounge section on the rooftop. Afterwards, Gerry passed out. Linda walked down through the roof floor door short stairwell to the top floor, then took the elevator down to the 1st floor lobby and exited the building, as I saw from the lobby camera.

Linda walked towards her vehicle, but then turned around. There were no cell phones back then for her to call anyone for whatever her dilemma was. She tried the lobby door but it had automatically locked behind her. She walked to the other lobby door and it was locked as well.  So she walked to the side of the building, and climbed the fire escape, all 40 stories to the top. While Linda was climbing I noticed on the rooftop camera that a purse was on the couch in the rooftop lounge. It must have been Linda's. When Linda climbed onto the roof, Gerry was still asleep. I saw Linda pick up her purse, then lift the floor door that no one had locked yet and was not on a timer. Linda walked down to the 40th floor, rode the elevator down, exited, and drove off. I suppose she drove to the hotel where she and Mr. Ronstadt were staying.

Very early the next morning Mrs. Rafferty pulled into the parking lot and knocked on the lobby door. The housekeeper opened the door. Mrs. Rafferty told the housekeeper that her husband the singer never made it home last night. The housekeeper let Mrs. Rafferty in and told Mrs. Rafferty that she was busy cleaning downstairs to prepare for a business seminar scheduled tomorrow. But the housekeeper told Mrs. Rafferty that she could go up to the rooftop to see if Gerry is up there. So Mrs. Rafferty took the elevator all the

20

the building manager sincerely for telling me all that he saw, as somber it was, and for scanning the roof top for my necklace.

So all this is to say, that if I walked up 40 flights of stairs in late 1988, my knees must have been better even back then.

The slander of my reputation is very unfair, about 15 reputable people against me, a much less reputable person. It is sort of like several sets of a Canadian Doubles match. The first set is Jimmy Conners against Bjorn Borg and Martina Navratalova; the second set is Connors vs. Ivan Lendl and Serena Williams; the third set is Connors vs. Arthur Ashe and Chris Evert Lloyd; the fourth set if needed is Connors vs. John McEnroe and Venus Williams; the fifth set if needed is Connors vs. Mats Wilander and Stephie Graf; and the sixth set if needed is Connors vs. Pete Sampras and Billie Jean King

Thank you for your consideration of this matter.

Sincerely,

Ron Hutton