**Ron Hutton**

302 N Logan St.
Burlington, NC 27217

May 18, 2023

John S. Brubaker, Clerk of Court
U.S. District Court for the Middle District of North Carolina
324 W. Market Street, Greensboro, NC 27401-2544.

Dear Clerk of Court John S. Brubaker:

I would like to request that the proceeding I filed on May 18, 2023, 23CV414, Ronald Hugh Hutton vs. U. S. Department of Veterans Affairs et. al., please be sealed. Thank you.

Sincerely,

*Ron Hutton*

Ron Hutton
302 N Logan St.
Burlington, NC  27217

(soon to be mailing address)