IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD HUGH HUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF VETERANS ) | 1:23-cv-414 |
| AFFAIRS, ALLI LARSEN, DREW ) | |
| LARSEN, CYNTHIA FERRELL, ) | |
| BETSY ORR, ELISHEVA HOHTUN, ) | |
| CATHERINE ORR, WILL FERRELL, ) | |
| BILL ORR, WRAL NEWS STATION ) | |
| PERSONNEL, KENT BERRY, ) | |
| JERRY BOWEN, GENIE WINN, ) | |
| EVAN IN DALLAS, DAVID FINN, ) | |
| AMANDA COGSWELL and ) | |
| PENNY STRITTER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 2, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 7, 8.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Plaintiff's last known address at General Delivery, Lexington, North Carolina, but was returned and marked "return to sender, not deliverable as addressed, unable to forward."

(See Docs. 8, 9.) This court has no obligation to locate Plaintiff to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address. LR 11.1(b). Because Plaintiff has not provided the court with an address within 63 days of the date of the last return of mail, the court finds the case should be dismissed without prejudice for failure to prosecute. See LR 11.1(b).

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint, (Doc. 2), is hereby, **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of October, 2023.

/s/ William L. Osteen, Jr.
United States District Judge

-2-

Case 1:23-cv-00414-WO-JEP   Document 10   Filed 10/19/23   Page 2 of 2