IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD HUGH HUTTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, ALLI LARSEN, DREW LARSEN, CYNTHIA FERRELL, BETSY ORR, ELISHEVA HOHTUN, CATHERINE ORR, WILL FERRELL, BILL ORR, WRAL NEWS STATION PERSONNEL, KENT BERRY, JERRY BOWEN, GENIE WINN, EVAN IN DALLAS, DAVID FINN, AMANDA COGSWELL and PENNY STRITTER, | ) 1:23-cv-414 |
| Defendants. | ) |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint, (Doc. 2), is hereby, **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

This the 19th day of October, 2023.

_____
United States District Judge